1  BURKE, WILLIAMS & SORENSEN, LLP
   Michael B. Bernacchi (SBN 163657)
2     mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Telephone: 213.236.0600
4  Facsimile:  213.236.2700

5  Attorneys for Defendant Cardinal Health, Inc.,
   Group Long Term Disability Benefit Plan
6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MICHAEL MOI, | Case No.  08 CV 1150 L NLS |
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| CARDINAL HEALTH, INC., GROUP LONG TERM DISABILITY BENEFIT PLAN, | |
| Defendant. | |

Plaintiff Michael Moi and Defendant Cardinal Health, Inc., Group Long Term Disability Benefit Plan, by and through their respective counsel of record, hereby jointly move and agree that Defendant, subject to the Court's approval, may have an extension through August 28, 2008 within which to file its Answer or other responsive pleading in this action.

This joint motion is requested and is necessary because Defendant's counsel just recently worked out a tender of defense that allowed it to represent the Cardinal Health, Inc., Group Long Term Disability Benefit Plan.  The requested extension to plead will permit Defendant's counsel to obtain and review the relevant case

/ / /

materials before preparing and filing an Answer or other responsive pleading to the Complaint herein.

The Court is respectfully requested to grant the extension.

Dated:  August 18, 2008            Iler & Iler LLP

By: */s/ Brooks L. Iler*
    *[As authorized on August 18, 2008]*
    Brooks L. Iler
Attorneys for Plaintiff Michael Moi

Dated:  August 18, 2008            Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
Attorneys for Defendant Cardinal Health, Inc., Group Long Term Disability Benefit Plan