UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOI,<br><br>      Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC., GROUP LONG TERM DISABILITY BENEFIT PLAN,<br><br>      Defendant. | Civil No. 08cv1150 L(NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [doc. #4]** |

Good cause appearing, the parties' joint motion for extension of time is **GRANTED**. Defendant shall file its answer or other appropriate responsive pleading no later than August 28, 2008.

**IT IS SO ORDERED.**

DATED: August 20, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28