BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: 213.236.0600
Facsimile:  213.236.2700

Attorneys for Defendant Cardinal Health, Inc.,
Group Long Term Disability Benefit Plan

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOI,<br><br>    Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC., GROUP LONG TERM DISABILITY BENEFIT PLAN,<br><br>    Defendant. | Case No.  08 CV 1150 L NLS<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

Defendant Cardinal Health, Inc., Group Long Term Disability Benefit Plan ("Defendant") hereby answers the Complaint of Plaintiff Michael Moi by admitting, denying, and alleging as follows:

    1.    Responding to the allegations of paragraph 1, Answering Defendant is informed and believes and, on that basis admits, that Plaintiff is a resident of the State of California, County of San Diego.

    2.    Responding to the allegations of paragraph 2, Answering Defendant admits the allegations of said paragraph.

/ / /

3. Responding to the allegations of paragraph 3, Answering Defendant admits that as an employee of Cardinal Health, Inc., Plaintiff was eligible to participate in group long-term disability coverage under the group long-term disability plan sponsored by Cardinal Health, Inc., which is governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, et seq. The long-term disability plan was funded through a group insurance policy purchased from Continental Casualty Company and was administered by Hartford Life and Accident Insurance Company. Except as expressly admitted or alleged herein, Answering Defendant denies each and every allegation of said paragraph.

4. Responding to the allegations of paragraph 4, Answering Defendant admits that jurisdiction is invoked by the existence of a federal question arising under ERISA.

5. Responding to the allegations of paragraph 5, Answering Defendant admits that while working for Cardinal Health, Inc., Plaintiff made a claim for long-term disability benefits under the Cardinal Health, Inc. Long Term Disability Plan. Plaintiff's claim was approved and he was paid long-term disability benefits until approximately October 2007, at which time his claim was terminated. Answering Defendant further admits that Plaintiff appealed the decision. On or about March 26, 2008, Hartford informed Plaintiff that the termination of his claim was being upheld on appeal. Except as expressly admitted or alleged herein, Answering Defendant denies each and every allegation of said paragraph.

6. Responding to the allegations of paragraph 6, Answering Defendant admits that while working for Cardinal Health, Inc., Plaintiff made a claim for long-term disability benefits under the Cardinal Health, Inc. Long Term Disability Plan.

1  Plaintiff's claim was approved and he was paid long-term disability benefits until
2  approximately October 2007, at which time his claim was terminated.  Answering
3  Defendant further admits that Plaintiff appealed the decision.  On or about March
4  26, 2008, Hartford informed Plaintiff that the termination of his claim was being
5  upheld on appeal.  Except as expressly admitted or alleged herein, Answering
6  Defendant denies each and every allegation of said paragraph.

8      7.    Responding to the allegations of paragraph 7, Answering Defendant
9  admits that while working for Cardinal Health, Inc., Plaintiff made a claim for long-
10 term disability benefits under the Cardinal Health, Inc. Long Term Disability Plan.
11 Plaintiff's claim was approved and he was paid long-term disability benefits until
12 approximately October 2007, at which time his claim was terminated.  Answering
13 Defendant further admits that Plaintiff appealed the decision.  On or about March
14 26, 2008, Hartford informed Plaintiff that the termination of his claim was being
15 upheld on appeal.  Except as expressly admitted or alleged herein, Answering
16 Defendant denies each and every allegation of said paragraph.

## FIRST AFFIRMATIVE DEFENSE

20     8.    Plaintiff's claims should be dismissed because Answering Defendant
21 discharged its duties with respect to the Plan solely in the interest of Plan
22 participants and beneficiaries and, in so doing, acted in accordance with the
23 documents and instruments governing the Plan.

## SECOND AFFIRMATIVE DEFENSE

27     9.    Plaintiff's claims should be dismissed because Answering Defendant
28 did not act arbitrarily or capriciously in administering Plaintiff's claim, but rather

acted reasonably, on the basis of substantial evidence, and in accordance with the documents and instruments governing the Plan.

### THIRD AFFIRMATIVE DEFENSE

10. Plaintiff's claims should be dismissed because he was not disabled in accordance with the terms and provisions of the Plan.

### FOURTH AFFIRMATIVE DEFENSE

11. Plaintiff's claims should be dismissed because he failed to demonstrate his continued eligibility for benefits under the terms and provisions of the Plan.

### FIFTH AFFIRMATIVE DEFENSE

12. Any claim Plaintiff may have for disability benefits due to a mental/nervous disorder under the terms of the Plan is limited to two years.

### SIXTH AFFIRMATIVE DEFENSE

13. To the extent that a court holds that Plaintiff is entitled to benefits, which he is not, Answering Defendant is entitled to an off-set for any additional other income benefits that should be taken into account in calculating his LTD benefits, including but not limited to any benefits he has received from the Social Security Administration or workers' compensation coverage.

/ / /

/ / /

/ / /

WHEREFORE, Answering Defendant Cardinal Health, Inc., Group Long Term Disability Benefit Plan pray for judgment as follows:

1. That Plaintiff take nothing by reason of his Complaint;

2. For costs of suit incurred herein, including attorneys' fees; and

3. For such other and further relief as the Court may deem just and proper.

Dated: August 28, 2008        Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
Attorneys for Defendant Cardinal Health, Inc., Group Long Term Disability Benefit Plan

## PROOF OF SERVICE

*Moi v. Cardinal Health, Inc., Group LTD Benefit Plan.*

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On August 28, 2008, I served a copy of the within document(s) entitled **DEFENDANT'S ANSWER TO COMPLAINT**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by electronic service of the document(s) through the Court's transmission facilities.

Brooks L. Iler
Virgil A. Iler
Iler & Iler, LLP
13400 Pomerado Road
Poway, CA 92064
Tel: (858) 413-1551
Fax: (858) 413-1553
Email: brooks@ilerlaw.com, virgil@ilerlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 28, 2008, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-1207-1682 v1