BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
   mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:  213.236.0600
Facsimile:  213.236.2700

Attorneys for Defendant Cardinal Health, Inc.,
Group Long Term Disability Benefit Plan

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOI,<br><br>              Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC., GROUP LONG TERM DISABILITY BENEFIT PLAN,<br><br>              Defendant. | Case No.  08 CV 1150 L NLS<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Defendant Cardinal Health, Inc., Group Long Term Disability Benefit Plan is *funded* by Hartford Life and Accident Insurance Company, a subsidiary of Hartford Financial Services, Inc., which is publicly-traded on the New York Stock Exchange under the symbol HIG.  No individual or entity owns ten percent or more of HIG stock.

Dated:  August 28, 2008            Burke, Williams & Sorensen, LLP

                                   By: */s/ Michael B. Bernacchi*
                                       Michael B. Bernacchi
                                   Attorneys for Defendant Cardinal
                                   Health, Inc., Group Long Term
                                   Disability Benefit Plan

LA #4811-3077-0690 v1              - 1 -              CASE NO. 08 CV 1150 L NLS
                                                      DEFENDANT'S NOTICE OF PARTY WITH
                                                      FINANCIAL INTEREST

# PROOF OF SERVICE

*Moi v. Cardinal Health, Inc., Group LTD Benefit Plan.*

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On August 28, 2008, I served a copy of the within document(s) entitled **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by electronic service of the document(s) through the Court's transmission facilities.

Brooks L. Iler
Virgil A. Iler
Iler & Iler, LLP
13400 Pomerado Road
Poway, CA 92064
Tel: (858) 413-1551
Fax: (858) 413-1553
Email: brooks@ilerlaw.com, virgil@ilerlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 28, 2008, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong